UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:17-CV-187-CRS
*Electronically Filed*

AQUAILA SLAYTON                                                                             PLAINTIFF

v.

MEIJER, INC.                                                                                DEFENDANT

## **NOTICE OF REMOVAL**

For its notice of removal of this action from the Jefferson Circuit Court in Jefferson County, Division Two (2), to the United States District Court for the Western District of Kentucky, Louisville Division, Meijer, Inc. states as follows:

1. On March 2, 2017, Plaintiff Aquaila Slayton ("Plaintiff") filed a Complaint in Jefferson Circuit Court, Civil Action No. 17-CI-001112. Meijer, Inc. was served and received a copy of Plaintiff's Complaint on March 8, 2017. Copies of all process and pleadings in said action are attached hereto in accordance with 28 U.S.C. 1446(a) as *Exhibit A*.

2. This Notice has been filed within thirty days after Meijer, Inc's receipt of service of process.

3. According to allegations in Plaintiff's Complaint, Plaintiff is, at the time of filing this Notice of Removal and at the commencement of Civil Action No. 17-CI-001112, a citizen of Kentucky.

4. Defendant Meijer, Inc. is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of Civil Action No. 17-CI-001112, a foreign corporation with its principal office located at 2929 Walker, N.W. in Grand Rapids, Michigan 49544.

1

5. Based upon the averments in the Complaint attached hereto and conversations between the undersigned and Plaintiff's counsel, Plaintiff seeks in excess of $75,000.00 in damages, exclusive of interest and costs. On March 28, 2017, counsel for Meijer attempted to determine the amount in controversy. Plaintiff's counsel could not agree to stipulate that the amount in controversy is $75,000 or less and acknowledged that Meijer would be removing this action to this Court.

6. Plaintiff's action against Meijer is one over which the Court has original jurisdiction under the provisions of 28 U.S.C. §1332(a)(1), because it is an action between citizens of different states and Meijer, Inc. is not a citizen of Kentucky where the action was brought and the amount in controversy exceeds $75,000.

7. A copy of this Notice of Removal will be filed with the Clerk for the Scott Circuit Court and served upon other counsel of record.

Respectfully submitted,

/s/ Lindsay Meredith Gray
James M. Burd
Lindsay Meredith Gray
Wilson Elser Moskowitz Edelman & Dicker LLP
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
502.238.8500
502.238.7995 (fax)
james.burd@wilsonelser.com
lindsay.gray@wilsonelser.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 28, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- James M. Burd
- Lindsay M. Gray

      I further certify that a copy of the foregoing was served via first class U.S. mail, postage prepaid, on the following:

Michael A. Schafer
The Schafer Law Office
1218 South Third Street
Louisville, Kentucky 40203
*Counsel for Plaintiff*

                                                      /s/ Lindsay M. Gray
                                                      *Counsel for Defendant*