UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:17-CV-187-RGJ

AQUAILA SLAYTON                                                      PLAINTIFF

v.

MEIJER GREAT LAKES LIMITED PARTNERSHIP
AND
MEIJER STORES LIMITED PARTNERSHIP                          DEFENDANTS

### STIPULATION AND AGREED ORDER OF DISMISSAL

Plaintiff, Aquaila Slayton ("Plaintiff"), and Defendants, Meijer Great Lakes Limited Partnership and Meijer Stores Limited Partnership (collectively, "Meijer"), by counsel, hereby stipulate and agree that the claims asserted herein by Plaintiff, Aquaila Slayton, against Meijer should be dismissed, with prejudice.

**IT IS, THEREFORE, ORDERED** that all claims in this action be and are hereby dismissed with prejudice, with each party to bear its own costs. This is a final and appealable Order and there is no just cause for delay in its entry.

_____
JUDGE, US District Court
Western District of KY at Louisville

DATE: _____

9378263v.1

**HAVE SEEN AND AGREED**:


 _/s/ Lindsay M. Gray_____
James M. Burd
Lindsay M. Gray
Wilson Elser Moskowitz Edelman & Dicker, LLP
100 Mallard Creek Road, Suite 250
Louisville, Kentucky 40207
(502) 238-8541
(502) 238-7995 – fax
*Counsel for Defendants*


 _/s/ Michael A. Schafer (with permission)_
Michael A. Schafer
The Schafer Law Office
1218 South 3rd Street
Louisville, KY  40203
*Counsel for Plaintiff*



**DISTRIBUTION LIST**


James M. Burd
Lindsay M. Gray
Wilson Elser Moskowitz Edelman & Dicker, LLP
100 Mallard Creek Road, Suite 250
Louisville, Kentucky 40207
(502) 238-8541
(502) 238-7995 – fax
*Counsel for Defendant*

Michael A. Schafer
The Schafer Law Office
1218 South 3rd Street
Louisville, KY  40203
*Counsel for Plaintiff*